Victor Raphael (SBN 213268)
Law Offices of Victor A. Raphael
11801 Pierce St. 2nd Floor
Riverside, CA 92505
Tel: 951-710-3266
Fax: 951-710-3271
Email: victor@victorrlaw.com

J. Curtis Edmondson (SBN 236105)
LAW OFFICE OF J. Curtis Edmondson
15490 NW Oak Hills Dr
Beaverton OR  97006
Tel:  503.701.9719
Fax:  503.214.8470
Email: jcedmondson@edmolaw.com

Attorneys for the Plaintiff

**FILED**
2011 JUL 22 PM 3:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

BY FAX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV 11 - 06082 VBF Ex

| | |
|---|---|
| Mike Mantel, dba Manhattan Oil<br><br>Plaintiff,<br><br>vs.<br><br>Harley-Davidson Motor Company, Inc.;<br>AFD Technologies, Inc. aka AFD<br>Technologies, LLC;<br><br>Defendants | Case No:<br><br>COMPLAINT FOR:<br><br>Intentional Interference with<br>Prospective Economic Advantage,<br>Unfair Competition,<br>False Advertising,<br>Cartwright Act |

1

## PARTIES

1. Mike Mantel dba Manhattan Oil ("Manhattan Oil") is a blender of proprietary petroleum products and sells products in Los Angeles County, California, and distributes products nationally.

2. Harley-Davidson Motor Company, Inc. ("Harley-Davidson") is a manufacturer of motorcycles with a principal place of business in Green Bay, Wisconsin, and with retail dealers located in every state.

3. AFD Technologies, Inc. aka AFD Technologies LLC ("AFD") is a supplier of fuel additive products with a principal place of business in Riviera Beach, Florida.

## JURISDICTION

4. Jurisdiction is present pursuant to 28 U.S.C. § 1332 and the amount in controversy exceeds $ 75,000.00.

## GENERAL ALLEGATIONS

5. Liquid Horse Power ("LHP") is a fuel additive that boosts the octane of an existing fuel source. This type of fuel additive is generically known as an "octane booster".

6. LHP has been sold by Manhattan Oil for over fifteen years to Harley-Davidson retail dealers. From the date of the first sale of LHP, sales to

Complaint for Intentional Interference with Prospective Economic Advantage, Unfair Competition, False Advertising, Cartwright Act

Harley-Davidson retail dealers have increased. Currently Manhattan Oil sells to over 200 Harley-Davidson dealers.

7. Octane boosters are regulated by the EPA. The EPA approved "safe" level for octane boosters using MMT additive is 1/32 gpg Mn.

8. From 2005 onwards, Manhattan Oil purchased fuel additives from AFD. It was standard practice to take AFD supplied product and then create a formulation that is then sold as LHP. Due to the close vendor-vendee relationship during this six year time period, AFD was approximately able to ascertain the formulations for LHP, and the amount of LHP that was being manufactured.

9. From 2009 onwards, a representative of AFD, Tom Simon, repeatedly visited Manhattan Oil's facilities.

10. On information and belief, during 2010, AFD met with Harley-Davidson to "sell around" Manhattan Oil and produce an octane booster that would be branded by Harley Davidson.

11. On or about April 20, 2009, a representative of Harley-Davidson, received samples of LHP from Manhattan Oil. Shortly thereafter, Harley-Davidson had an internal meeting to discuss LHP. Later, Manhattan Oil discussed with Harley-Davidson distribution of LHP. It was discussed that LHP was to be distributed either under the LHP brand or as a formulation that would be

3

Complaint for Intentional Interference with Prospective Economic Advantage,
Unfair Competition, False Advertising, Cartwright Act

packaged and sold as a Harley-Davidson brand. On September 20, 2010, a representative for Harley-Davidson, requested and received a MSDS (Material Safety Data Sheet) on LHP from Manhattan Oil.

12. Until at least 2009, Harley-Davidson had taken a negative view of octane boosters, stating in the Harley-Davidson motorcycle user manuals that octane boosters should not be used.

13. Despite the past negative view of octane boosters, on or about May 2011, Harley Davidson, launched a new product called "Screamin' Eagle Super Octane Boost" ("Screamin' Eagle").

14. Screamin' Eagle's product launch involved the posting claims about Screamin' Eagle on a number websites, motorcycle user forums, and other media outlets.

15. The advertisement regarding Screamin' Eagle was worded and distributed as follows:

> Screamin' Eagle® Super Octane Boost provides a 3 RON (Research Octane Number) octane boost to the posted pump gas octane for a more powerful and smoother running engine. Ideal for use in areas where premium fuel is not available, Octane Boost raises the octane level up to 3 full numbers. Because higher octane gasoline burns "cooler," you get reduced engine pinging, reduced heat, and improved performance in higher compression engines. Formulated with a powerful detergent, Octane Boost effectively cleans fuel injectors, carburetors, and intake valve and combustion chamber deposits in just one tank. One bottle per tank is all you need. Safe for use with catalyst and oxygen sensor equipped bikes. This is the only

4

Octane additive tested and approved by Harley-Davidson® Motor Co., for use on Harley-Davidson motorcycles. 4-oz. Bottle.

This type of advertisement was repeated across numerous websites, blogs, and other types of media outlets.

### Count I – Intentional Interference with Prospective Economic Advantage.
### (as against AFD only)

16. Manhattan Oil realleges paragraphs 1 through 15.

17. AFD was aware that Manhattan Oil made sales of LHP to Harley-Davidsons' independent dealers. AFD was also aware that the LHP product sales were increasing and were popular with the Harley-Davidson riders.

18. AFD further became aware that Manhattan Oil was discussing with Harley-Davidson the possibility of distributing LHP either through the Harley-Davidson sales channel or having Harley-Davidson use the LHP product and sell it under the Harley Davidson label.

19. Despite the fact that AFD was aware that the business information regarding LHP was proprietary and sensitive, AFD used this information to enter into a contract with Harley-Davidson to supply a competing product.

20. Manhattan Oil had a potential economic relationship with Harley-Davidson that had the probability of future economic benefit to Manhattan Oil. AFD had knowledge of the existence of the relationship between Manhattan Oil and Harley-Davidson. AFD intentionally interfered with the Manhattan

5

Complaint for Intentional Interference with Prospective Economic Advantage, Unfair Competition, False Advertising, Cartwright Act

Oil's potential sale of LHP to Harley Davidson, and such intentional interference was designed to disrupt the relationship between Manhattan Oil and Harley-Davidson. AFD actually disrupted the business relationship between Manhattan Oil and Harley-Davidson. The damage to Manhattan Oil proximately cause by the acts of AFD.

<u>Count II – Unfair Competition – Bus & Prof Code 17200
(as against Harley-Davidson only)</u>

21. Manhattan Oil realleges paragraphs 1 through 20.

22. To gain an unfair advantage over Manhattan Oil's LHP product, Harley-Davidson exceeds the EPA regulations for its use of an octane booster that uses MMT. The EPA approved "safe" level for octane boosters using MMT added is 1/32 gpg Mn. Harley-Davidson recommends use of 4oz of its Screamin' Eagle product in as little as 1 gallon of fuel. The Screamin' Eagle label on the bottle states "Directions: Treats up to 6 gallons. Pour entire contents into a minimum of one gallon of gas, then fill tank." (See Exhibit 1). This labeling provides that a person could add a full bottle of Screamin' Eagle to a tank with a volume of less than 2.5 gallons which could result in a dosage that would exceed EPA standards.

23. To further gain an unfair competitive advantage over Manhattan Oil, Harley-Davidson has labeled Screamin' Eagle as "Made in U.S.A.". This representation of United States content was made despite the fact that the

6

*Complaint for Intentional Interference with Prospective Economic Advantage,
Unfair Competition, False Advertising, Cartwright Act*

product is primarily composed of NMA (N-methylaminobenzene also known as N-methyl Aniline). AFD stated to Manhattan Oil that the NMA chemical was imported from China. Further, the warning label on Screamin' Eagle fails to identify NMA as a toxic chemical. (See Exhibit 2).

24. To further gain an unfair competitive advantage, Harley-Davidson has stated in their owner's manual not to use octane boosters.

## Count III – False Advertising – Bus & Prof Code 17500
### (as against Harley-Davidson only)

25. Manhattan Oil realleges paragraphs 1 through 24.

26. Harley-Davidson falsely states that the Screamin' Eagle octane booster can be added in safe dosages when the tank has less than 2.5 gallons of fuel. In fact, this allowed labeled dosage will result in a violation of the EPA regulations that state 1/32 gpg Mn is a level that will be safe for sensors and catalytic converters.

27. Harley-Davidson has deceptively advertised that the Screamin' Eagle octane booster is the only octane booster product that is "approved by Harley-Davidson Motor Co., for use on Harley-Davidson motorcycles" leading the consuming public to believe that competitive octane boosters, including LHP, cannot be used in Harley-Davidson motorcycles. This deceptive advertising was done by Harley-Davidson despite their full knowledge that

7

*Complaint for Intentional Interference with Prospective Economic Advantage,*
*Unfair Competition, False Advertising, Cartwright Act*

octane boosters have been used on their motorcycles for years with no adverse effects.

28. This false and deceptive advertising has caused damage to Manhattan Oil due to a loss of direct sales of LHP to the owners of Harley Davidson motorcycles, indirect sales through the independent Harley-Davidson dealer network providing incorrect advice and/or falsely promoting the Screamin' Eagle octane booster, and damage to future sales due to diminished market viability for competitive octane boosters, including LHP.

Count IV– Cartwright Act – Bus & Prof Code 16200<br>(as against Harley-Davidson only)

29. Manhattan Oil realleges paragraphs 1 through 28.

30. Harley-Davidson is a well-known United States manufacturer of motorcycles with a network of over 1,000 licensed dealers.

31. Harley-Davidson has created an arrangement whereby the sale of their Screamin' Eagle octane booster is tied to the sale of their motorcycles by virtue of advertising that the Screamin' Eagle octane booster by stating to the consuming public that: "This is the only Octane additive tested and approved by Harley-Davidson® Motor Co., for use on Harley-Davidson motorcycles". Harley-Davidson further has sufficient economic power to coerce their independent dealer network to not purchase competitive brands of octane boosters, including but not limited to, LHP.

*Complaint for Intentional Interference with Prospective Economic Advantage,*
*Unfair Competition, False Advertising, Cartwright Act*

32. Manhattan Oil has therefore suffered a decline in LHP product sales and consequential losses due to the representations made by Harley-Davidson that the Screamin' Eagle is the only octane booster that is test, approved, and needed, to maintain the warranty on Harley Davidson motorcycles.

9

Complaint for Intentional Interference with Prospective Economic Advantage, Unfair Competition, False Advertising, Cartwright Act

## PRAYER FOR RELIEF

WHEREFORE, Manhattan Oil prays:

1. Damages exceeding $75,000.00 resulting from the unfair competition, false advertising, and Cartwright act violations of Harley-Davidson on the Screamin' Eagle octane booster;

2. Damages exceeding $75,000.00 resulting from AFD's intentional interference with prospective economic advantage that Manhattan Oil had with Harley-Davidson;

3. That Harley Davidson and its agents, servants, employees, and all persons acting in concert with Harley-Davidson, and each of them, be permanently enjoined and restrained from falsely asserting or suggesting that Manhattan's products would harm Harley-Davidson's motorcycles or void any warranties on such products;

4. For punitive damages;

5. That Manhattan recover its costs of this action, including costs, attorney's fees, and such other and further relief, in equity or law, as this Court may deem appropriate.

Respectfully submitted,

/s/*Victor A. Raphael, Esq.*
VICTOR A. RAPHAEL, ESQ.
Attorneys for Plaintiff
MIKE MANTEL dba MANHATTAN OIL